### W. W. GUY v. C. A. GOULD ET AL.

(Filed 10 December, 1930.)

APPEAL by defendants from *Harding, J.,* at July Term, 1930, of McDOWELL.

Civil action instituted in McDowell County, the county of plaintiff's residence, to recover for rent due on land situate in Buncombe County.

Motion by defendants, after filing answer, to transfer cause to Buncombe County for trial as the proper venue for said action, in that, it is alleged, the action is to determine some right or interest in real estate, or for the recovery of personal property. C. S., 463. Motion overruled. Defendants appeal.

*Winborne & Proctor for plaintiff.*

*Vonno L. Gudger, Kitchin & Kitchin and J. Scroop Styles for defendants.*

PER CURIAM. A careful perusal of the record fails to manifest any error in the ruling of the trial court. *Causey v. Morris,* 195 N. C., 532, 142 S. E., 783; *Carnegie v. Perkins,* 191 N. C., 412, 131 S. E., 750.

Affirmed.

---

### KUGLER LUMBER COMPANY v. SAMUEL W. LATHAM ET AL.

(Filed 10 December, 1930.)

APPEAL by defendants from *Nunn, J.,* at May Term, 1930, of BEAUFORT.

Civil action for trespass.

Judgment for plaintiff. Damages assessed at five cents. Defendants appeal.

*H. C. Carter for plaintiff.*

*A. W. Bailey and L. M. Scott for defendants.*

PER CURIAM. Dismissed on authority of *Pruitt v. Wood, ante,* 788, for failure to comply with rules 27½ and 28. 192 N. C., p. 852.

Motion for new trial on ground of newly discovered evidence denied. *Johnson v. R. R.,* 163 N. C., 431, 79 S. E., 690.

Appeal dismissed.